UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Marilza De Oliveira Rosa

v. Case No. 1:26-cv-00744-JL-AJ

Christopher Brackett, et al.

**ORDER**

Before the court is the habeas petition brought by Marilza De Oliveira Rosa, challenging her ongoing ICE detention.[1] She alleges that she filed a motion in Immigration Court requesting a bond hearing under U.S.C. § 1226(a) and *Guerrero Orellana v. Moniz*, 813 F. Supp. 3d 185, 196 (D. Mass. 2025), *aff'd*, 2026 WL 2352042 (1st Cir. Aug. 13, 2026).[2] In its response to the petition, the government does not take a position on the petitioner's class membership under *Guerrero Orellana*. Instead, while noting its "objection" to the court applying the reasoning in *Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.), the government concedes that "if the Court were to apply *Destino*, it would reach the same result in this case and grant Petitioner bond."[3]

Presumably the petitioner's request for a bond hearing would ordinarily be addressed by the Immigration Court in due order with respect to other *Guerrero Orellana* class members. Since the government does not concede her class membership, however, the court, applying the reasoning in *Destino*, orders it to provide the petitioner with a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. The bond hearing shall be conducted in accordance with the procedural protections set forth in *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021), with DHS bearing the burden of providing, by clear and convincing evidence, that the petitioner poses a danger to the community, or, by a preponderance of evidence, that she poses a flight risk. The petition is DENIED in all other respects. The parties shall file a status report on or before **October 2, 2026**.

SO ORDERED.

Joseph N. Laplante
United States District Judge

Dated: September 23, 2026
Cc: Counsel of record

[1] Doc. no. 1.
[2] Supplement (doc. no. 6) at 1.
[3] Response (doc. no. 7) at 1-2. The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.